**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                    NO. 4:98CR00015-001  SWW

REGINALD LAMONT TAYBORN

### ORDER

The above entitled cause came on for hearing April 18, 2012 on government's motions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's motions [doc #83 & #85]. Defendant shall serve a term of imprisonment of **TWELVE (12) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at FCI Coleman, FL; and that defendant participate in non-residential substance abuse treatment during incarceration.

The remaining restitution in the amount of $1,477.00 is mandatory and is payable to the U. S. District Court, Eastern District of Arkansas, during incarceration. During incarceration, the defendant will pay 50% per month of all funds that are available to him. During residential reentry the defendant's restitution payments will be 10% per month of his gross monthly income. There will be no interest payable.

There will be **NO** supervised release to follow.

The defendant is remanded to custody of the U. S. Marshal Service.

IT IS SO ORDERED this 19th day of April 2012.

/s/Susan Webber Wright

United States District Judge